# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Betty G. Korfe,

          Plaintiff,

v.

Michael Astrue,

          Defendant.

Civil No. 09-3163 (ADM/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant Michael Astrue's Motion to Dismiss or for Summary Judgment (Doc. No. 9) is **GRANTED** and this case is **DISMISSED**.

Dated: June 11, 2010          s/Ann D. Montgomery

                                      ANN D. MONTGOMERY
                                      United States District Judge